UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| Boston Donuts, Inc. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 19-41141-EDK |
| ) | |

**DEBTOR'S MOTION TO AMEND PETITION**

NOW comes the Debtor, Boston Donuts, Inc. ("Debtor"), by counsel, and respectfully requests that this Honorable Court allow it to amend its petition. In support thereof, the Debtor states the following:

1. The Debtor uploaded the wrong document to the ECF system when it filed its petition. The Debtor inadvertently uploaded the petition for Maple Avenue Donuts, Inc. instead of the one for Boston Donuts, Inc.

2. Attached hereto is a copy of the petition for Boston Donuts, Inc. The attached document is the one that should have been filed.

3. No party will be prejudiced by the amending of the petition.

WHEREFORE, the Debtor respectfully requests that this Honorable Court allow the Debtor to amend his petition to allow the attached document to be filed.

Respectfully submitted,
Boston Donuts, Inc.
By its counsel:

/s/ James P. Ehrhard
James P. Ehrhard, Esq.
BBO 651797
Ehrhard & Associates, P.C.

|  |  |
|---|---|
| Dated: July 12, 2019 | 250 Commercial Street, Ste 410<br>Worcester, MA 01608<br>(508) 791-841<br>ehrhard@ehrhardlaw.com |

## CERTIFICATE OF SERVICE

I, James P. Ehrhard, do hereby certify that I served a copy of the above Motion via first class mail to the parties listed below if not noted as having received electronic service:

Richard king, Esq. VIA ECF

        /s/ James P. Ehrhard
        James P. Ehrhard, Esq.

Dated:  July 12, 2019

    Chase Bank USA
    PO Box 15298
    Wilmington, DE 19850-5298

    Department Of Unemployment Assistance
    19 Staniford Street|Boston, MA 02114-2502

    Gibsons Dairy Farm
    50 Sunderland Road
    Worcester, MA 01604-3339

    Hometown Bank
    218R Main Street
    Webster, MA 01570

    INTERNAL REVENUE SERVICE
    CENTRALIZED INSOLVENCY OPERATIONS
    PO BOX 7346
    PHILADELPHIA PA 19101-7346

    Mass Dept Of Revenue |Bankruptcy Unit
    PO Box 9564
    Boston, MA 02114-9564

    Quickstone Capital Solutions

1111 North Westshore Boulevard
Ste 650
Tampa, FL 33607-4706

Reinhart Food Service
6250 North River Road, Ste 9000
Rosemont, IL 60018-4241

Riley Foods Company
400 Poydraf Street
10th Floor
New Orleans, LA 70130-3245