UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| Boston Donuts, Inc. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 19-41141-CJP |
| ) | |

## MOTION TO EXTEND TIME TO FILE SCHEDULES

Now comes Boston Donuts, Inc. (hereinafter "Debtor") by and through its attorney, James P. Ehrhard, and respectfully requests that this Honorable Court allow it to extend the time within which to file its Schedules, Statements, and remaining documents until August 12, 2019. The current deadline to file such documents is today's date of July 26, 2019. As grounds therefore, the Debtor states that he is still procuring the information necessary for the undersigned counsel to prepare the schedules. In addition, the undersigned counsel will be out of state from July 28, 2019 through August 4, 2019. No party will be prejudiced by the extension.

WHEREFORE, the Debtor respectfully requests that this Honorable Court grant an extension of time to file the Schedules, Statements, and remaining documents until August 12, 2019.

>
> Respectfully submitted,
> Boston Donuts, Inc.
> By its attorney,
>
> /s/ James P. Ehrhard
> James P. Ehrhard, Esq.
> BBO # 651797
> Ehrhard & Associates, P.C.
> 250 Commercial Street, Ste 410
> Worcester, MA 01608
> (508) 791-8411
> ehrhard@ehrhardlaw.com

Dated:  July 26, 2019

## **CERTIFICATE OF SERVICE**

    I, James P. Ehrhard, on this 26th day July, 2019, do hereby certify that I served a copy of the Debtor's *Motion to Extend Time to File Schedules* to the parties listed below via first class mail if not noted as having received electronic service:

Richard King, Esq.: VIA ECF

Stephen Murphy, Esq.: VIA ECF


                                        /s/ James P. Ehrhard
                                        James P. Ehrhard, Esq.

Chase Bank USA
PO Box 15298
Wilmington, DE 19850

Department Of Unemployment Assistance
19 Staniford Street
Boston, MA 02114

Gibsons Dairy Farm
50 Sunderland Road
Worcester, MA 01604

Hometown Bank
218R Main Street
Webster, MA 01570

Internal Revenue Service
Insolvency Group
PO Box 9112
Boston, MA 02203

Mass Dept Of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Quickstone Capital Solutions
1111 North Westshore Boulevard
Ste 650
Tampa, FL 33607

Reinhart Food Service
6250 North River Road, Ste 9000
Rosemont, IL 60018

Riley Foods Company
400 Poydraf Street
10th Floor
New Orleans, LA 70130