**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

| | |
|---|---|
| Boston Donuts, Inc. | Chapter 11 |
| Debtor | Case No. 19-41141-CJP |
| | (cases jointly administered) |

## MOTION TO APPEAR TELEPHONICALLY

Now comes Gary M. Weiner, Esq. of Weiner Law Firm, P.C., counsel to Reinhart FoodService LLC, ("Reinhart") and hereby moves this Honorable Court for authority to appear telephonically at the hearing set for Wednesday January 22, 2020 at 9:30 a.m. at the United States Bankruptcy Court, 595 Main Street, Worcester, Massachusetts. In support of this Motion, Gary M. Weiner respectfully represents that:

1. On November 14, 2019, Reinhart filed a Motion for Allowance and Immediate payment of 503(b)(9) claims ("Motion").

2. On or about November 26, 2019 the Debtor filed a response to Reinhart's motion.

3. A hearing on the motion has been set for January 22, 2020 at 9:30 a.m. in the United States Bankruptcy Court in Worcester, Massachusetts.

4. Gary M. Weiner, counsel to Reinhart now seeks court authority to appear telephonically at the hearing because counsel is scheduled to appear in United States Bankruptcy Court in Springfield, MA on several matters beginning at 11:00 am on that date.

5. Additionally, Reinhart and the Debtor have reached an agreement subject to Court approval whereby Reinhart's claim would be allowed in the amount of $20,191.62 and would be paid as an administrative claim as part of the Debtor's Plan of Reorganization. It is expected an agreed upon stipulation and proposed order will be filed within the next seven days.

Case 19-41141    Doc 92    Filed 01/21/20    Entered 01/21/20 08:41:12    Desc Main
Document    Page 2 of 3

Motion to Appear Telephonically
Page 2
In Re: Boston Donuts, Inc.
Case No. 19-41141-CJP

WHEREFORE, it is respectfully requested that this Honorable Court grant authority for Gary M. Weiner to appear telephonically at the hearing set for Wednesday, January 22, 2020 at 9:30 am in Worcester, Massachusetts.

GARY M. WEINER, ESQ.
Counsel to Reinhart Foodservice LLC

/s/  Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO #548341
Robert E. Girvan III, Esq., BBO #569063
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. 413-732-6840
Gweiner@weinerlegal.com
Date: January 21, 2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

In re:

    Boston Donuts, Inc.                      Chapter 11
    Debtor                              Case No. 19-41141-CJP
                                           (cases jointly administered)

## **CERTIFICATE OF SERVICE**

      I, Gary M. Weiner, Esq., hereby certify that on January 21, 2020, I served a copy of Reinhart Foodservcie, LLC's Motion to Appear Telephonically upon all parties of interest in this case by mailing copies thereof, postage prepaid or via electronic filing to:

Richard King, United States Trustee   via ECF

Counsel to the Debtors
James P. Ehrhard, Esq.   via ECF

Stephen G. Murphy, Esq.   via ECF

Harry C. Beach, Esq.   via ECF

Jennifer Conrad, Esq.   via ECF

                                                                        /s/  Gary M. Weiner, Esq.