**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

    Costa Cafe, Inc.                                         Chapter 11
    Debtor                                               Case No. 19-41139-CJP

In re:

    W&E Trust, Inc.                                  Chapter 11
    Debtor                                               Case No. 19-41142-CJP

In re:

    Boston Donuts, Inc.                            Chapter 11
    Debtor                                               Case No. 19-41141-CJP
                                                                       (cases jointly administered)

In re:

    Maple Avenue Donuts, Inc.            Chapter 11
    Debtor                                                 Case No. 19-41140-CJP

In re:

    EOR Holding Corporation             Chapter 11
    Debtor                                                 Case No. 19-41094-CJP

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING REINHART FOODSERVICE, L.L.C.'S**
**MOTION FOR ALLOWANCE PAYMENT**
**OF 503(b)(9) CLAIMS**

    At Worcester in said District  31st  day of  January  2020

    Upon consideration of the Stipulation on Reinhart Foodservice, L.L.C.'s Motion for Allowance of 11 U.S.C. §503(b)(9) Claims (the "Motion"), the Court finding good cause for the granting of the Motion, it is hereby:

    **ORDERED**, that Reinhart Foodservice, L.L.C. shall have an allowed administrative expense claim in the amount of $20,191.62 (the "Administrative Claim"); and it is further

2

**ORDERED**, that the Debtors shall pay Reinhart Foodservice, L.L.C. as part of a Plan of Reorganization the sum of $20,191.62 on account of the Administrative Claim as follows:

| | |
|---|---|
| Costa Café, Inc. | $4,131.29 |
| W&E Trust, Inc. | $3,001.10 |
| Boston Donuts, Inc. | $10,828.54 |
| Maple Avenue Donuts, Inc. | $2,230.69 |
| **503(b)(9) Total** | **$20,191.62** |

_____    01/31/2020
Christopher J. Panos
United States Bankruptcy Judge