

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> BOSTON DONUTS, INC., *et al.,* <br>   Debtors | Ch. 11 <br> 19-41141-CJP <br><br> Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing on #120  Motion of the United States Trustee to Convert Cases to Cases Under Chapter 7 Or, In The Alternative, To Dismiss Case and #129 Opposition of Debtor.

**Decision set forth more fully as follows:**
WITHIN THREE (3) BUSINESS DAYS OF THE DATE OF THIS ORDER, EOR HOLDING CORP.  ("EOR") SHALL DELIVER IN GOOD FUNDS TO THE UNITED STATES TRUSTEE ALL OUTSTANDING AMOUNTS DUE FOR QUARTERLY FEES. IF PAYMENT IS NOT MADE PURSUANT TO THIS ORDER, THE UNITED STATES TRUSTEE MAY FILE A CERTIFICATE OF NONCOMPLIANCE AND THE MOTION MAY BE GRANTED AS TO EOR, ONE OF THE DEBTORS IN THESE JOINTLY ADMINISTERED CASES, AND THE EOR CASE (CASE NO. 19-41094) MAY BE CONVERTED WITHOUT FURTHER NOTICE OR HEARING.

A CONTINUED HEARING REGARDING THE MOTION IS SCHEDULED FOR 1/27/2021 AT 11:00 A.M. TO PARTICIPATE, THE PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

Dated: 10/30/2020

By the Court,

Christopher J. Panos
United States Bankruptcy Judge