Costa Café
Budget to Actual Thru September 2021
Budgeted through March 2022

| | July Budget | Actual | Difference | August | Actual | Difference | Sept | Actual | Difference | Oct | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 35,000 | 32,996 | (2,004) | 35,700 | 37,250 | 1,550 | 36,414 | 24,597 | (11,817) | 37,142 | 37,885 |
| COGS: Product | 8,050 | 17,790 | 9,740 | 8,211 | 17,332 | 9,121 | 8,375 | 14,131 | 5,756 | 8,543 | 8,714 |
| COGS: Donuts | | | | | | | | | | | |
| COGS: Labor | 9,500 | 6,664 | (2,836) | 9,500 | 9,303 | (197) | 9,500 | 9,643 | 143 | 9,500 | 9,500 |
| COGS: Payroll Taxes | 925 | 740 | (185) | 925 | 925 | | 925 | - | (925) | 925 | 925 |
| Total COGS | 18,475 | 25,194 | | 18,636 | 26,635 | | 18,800 | 23,774 | | 18,968 | 19,139 |
| Gross Profit | 16,525 | 7,802 | | 17,064 | 10,615 | | 17,614 | 823 | | 18,175 | 18,747 |
| General & Administrative | | | | | | | | | | | |
| Auto | 100 | | (100) | 100 | 100 | - | 100 | | (100) | 100 | 100 |
| License/Corp Excise | | | | | | | | | | | |
| Rent | 3,290 | 7,657 | 4,377 | 3,290 | | (3,290) | 3,290 | | (3,290) | 3,290 | 3,290 |
| Utilities | 500 | 4,870 | 4,370 | 500 | | (500) | 500 | 570 | 70 | 500 | 500 |
| Insurance | 330 | 1,496 | 1,166 | 330 | 620 | 290 | 330 | 198 | (132) | 330 | 330 |
| Trustee Fee | 100 | 1,500 | 1,400 | 100 | | (100) | 100 | | (100) | 100 | 100 |
| Payment on Trustee taxes accrued | | | | 2,200 | | | 2,200 | | | 2,200 | 2,200 |
| Meals Tax | | | | 1,700 | | (1,700) | 1,700 | | (1,700) | 1,700 | 1,700 |
| Banking/ Credit Cards/ Pos | 500 | 955 | 455 | 500 | 1,445 | 945 | 500 | 1,216 | 716 | 500 | 500 |
| Total Administrative | 4,820 | 16,488 | | 8,720 | 2,166 | | 8,720 | 1,984 | | 8,720 | 8,720 |
| Net Income | 11,705 | (8,686) | | 8,344 | 8,449 | | 8,894 | (1,161) | | 9,455 | 10,027 |

Costa Café
Budget to Actual Thru September 2021
Budgeted through March 2022

| | Dec | Jan | Feb | Mar |
|---|---|---|---|---|
| Sales | 38,643 | 39,416 | 40,204 | 41,008 |
| COGS: Product | 8,888 | 9,066 | 9,247 | 9,432 |
| COGS: Donuts | | | | |
| COGS: Labor | 9,500 | 9,500 | 9,500 | 9,500 |
| COGS: Payroll Taxes | 925 | 925 | 925 | 925 |
| Total COGS | 19,313 | 19,491 | 19,672 | 19,857 |
| Gross Profit | 19,330 | 19,925 | 20,532 | 21,151 |
| General & Administrative | | | | |
| Auto | | | | |
| License/Corp Excise | 100 | 100 | 100 | 100 |
| Rent | 3,290 | 3,290 | 3,290 | 3,290 |
| Utilities | 500 | 500 | 500 | 500 |
| Insurance | 330 | 330 | 330 | 330 |
| Trustee Fee | 100 | 100 | 100 | 100 |
| Payment on Trustee taxes accrued | 2,200 | 2,200 | 2,200 | 2,200 |
| Meals Tax | 1,700 | 1,700 | 1,700 | 1,700 |
| Banking/Credit Cards/Pos | 500 | 500 | 500 | 500 |
| Total Administrative | 8,720 | 8,720 | 8,720 | 8,720 |
| Net Income | 10,610 | 11,205 | 11,812 | 12,431 |