

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **BOSTON DONUTS, INC.,** *et al.,* <br> Debtors | Ch. 11 <br> 19-41141-CJP <br><br> Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on #182 Motion of the United States Trustee to Convert Cases to Cases Under Chapter 7 Or, In The Alternative, to Dismiss Case and #188 Opposition of Debtor.

**Decision set forth more fully as follows:**

BY NO LATER THAN 1/14/2022, AFTER REVIEWING THE INFORMATION PROVIDED BY THE MDOR AND THE MORS, THE UNITED STATES TRUSTEE OR ANY OTHER PARTY MAY FILE A SUPPLEMENT TO [182] THE MOTION OF THE UNITED STATES TRUSTEE TO CONVERT. RESPONSES TO THE SUPPLEMENTS SHALL BE FILED BY 1/18/2022 AT 9:00 A.M.

A FURTHER TELEPHONIC HEARING IS SCHEDULED FOR 1/18/2022 AT 11:00 A.M. TO PARTICIPATE THE PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

Dated: 12/17/2021

By the Court,

Christopher J. Panos
United States Bankruptcy Judge