UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| BOSTON DONUTS, INC., *et al* | ) | Chapter 11 |
| | ) | Case No. 19-41141-CJP |
| Debtors | ) | *Jointly Administered*[1] |
| _____ | ) | |

## SUPPLEMENT TO UNITED STATES TRUSTEE'S MOTION TO CONVERT CASES TO CASES UNDER CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS CASES

Pursuant to this Court's order dated December 17, 2021 [Doc. # 189]28 U.S.C. §§ 586(a)(3)(G), (a)(8), 11 U.S.C. §307 and 1112(b), the United States Trustee hereby supplements United States Trustee's Motion to Convert Cases to Cases under Chapter 7 or, in the Alternative, to Dismiss Cases (the "Motion") [Doc. # 182] and states as follows:

1. On November 12, 2021, the United States Trustee filed the Motion, citing the Debtors failure to timely submit monthly operating reports ("MORs") and to timely pay quarterly fee as grounds for conversion or dismissal. In an all too familiar pattern, on the eve and morning of the scheduled hearing on the Motion, each of jointly administered Debtors submitted four months of MORs to the United States Trustee. The untimely submission of the MORs hindered meaningful analysis of the Debtors' recent financial circumstances. Also in short advance of the hearing of the Motion, the Debtors paid delinquent quarterly fees owed to the United States Trustee. Despite the catch-up submission of MORs and quarterly fees, the Debtors are once again delinquent in meeting these basic obligations of chapter 11 debtors. All of the Debtors have failed to submit an MOR for November 2021, and Boston Donuts has failed to submit an MOR for October 2021 as well.

---

[1] The affiliated cases are: Costa Café, Inc. (19-41139); Maple Avenue Donuts, Inc. (19-41140); W & E Trust, Inc. (19-41142); and EOR Holding Corporation (19-41094).

1

2. On November 16, 2021, the Commissioner of Massachusetts Department of Revenue ("MDOR") filed a limited objection to the Debtors' motion seeking authority for the further use of cash collateral (the "Objection"). In the Objection, the MDOR enumerated the Debtors' pre- and post-petition outstanding tax liabilities, and posited that any confirmed chapter 11 plan(s) would need to provide for monthly payments of $19,000-20,000 just to pay section 1129(a)(9)(C)&(D) claims.

3. The United States Trustee agrees with the MDOR that the Debtors have not demonstrated an ability to make monthly chapter 11 plan payments in this amount.[2]

4. On information and belief, the Debtors have failed to file November withholding or meal tax returns or to pay November withholding taxes or meal taxes. Moreover, on information and belief, the Debtors have failed to make budgeted payments towards their unpaid post-petition trustee taxes.

5. The Debtors continuing accrual of post-petition tax debt and inability to demonstrate a reasonable likelihood of rehabilitation constitute cause for conversion or dismissal of each of the jointly administered cases pursuant to 11 U.S.C. § 1112(b)(4)(a)&(I).

6. The failure by the affiliated Debtors to timely file MORs constitutes cause for conversion or dismissal of each of the jointly administered cases pursuant to 11 U.S.C. § 1112(b)(4)(H).

7. The failure by the affiliated Debtors to timely pay quarterly fees owed to the United States Trustee constitutes cause for conversion of each of the jointly administered cases pursuant to 11 U.S.C. § 1112(b)(4)(K).

---

[2] Indeed, the United States Trustee calculates that, assuming Debtors remain current on future post-petition liabilities and average net cash flows remain constant, it would take the Debtors nearly 14 months to retire post-petition debt, resulting in greater pressure to pay section 1129(a)(9)(C)&(D) claims.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order granting the United States Trustee's Motion to Convert Cases to Cases under Chapter 7 or, in the Alternative, to Dismiss Cases, and granting all other relief as the Court deems just and proper.

Respectfully submitted,
WILLIAM K. HARRINGTON
United States Trustee, Region 1

　/s/　Lisa D. Tingue
Lisa D. Tingue (BBO # 633275)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
Tel: (202) 503-7009
Email: lisa.d.tingue@usdoj.gov

January 14, 2022

### CERTIFICATE OF SERVICE

I, Lisa D. Tingue, hereby certify that on January 14, 2022, I caused a copy of the foregoing document to be served by email through the Court's ECF system to all entities and interested parties that are registered users thereof in this case.

　/s/　Lisa D. Tingue
Lisa D. Tingue