

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>BOSTON DONUTS, INC., *et al.,*<br>　　Debtors | Ch. 11<br>19-41141-CJP<br><br>Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on  #182  Motion of the United States Trustee to Convert Cases to Cases Under Chapter 7 Or, In The Alternative, to Dismiss Case and #188 Opposition of Debtor.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE UNITED STATES TRUSTEE'S MOTION TO DISMISS IS GRANTED.  EACH DEBTOR IN THESE JOINTLY ADMINISTERED CASES SHALL BE PROHIBITED FROM REFILING A BANKRUPTCY CASE FOR 270 DAYS FROM THE DATE OF THIS ORDER.

Dated: 1/19/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge